1  Alan Nakazawa, State Bar No. 84670
   alan.nakazawa@cnc-law.com
2  Dena S. Aghabeg, State Bar No. 185311
   daghabeg@cnc-law.com
3  Ken D. Sato, State Bar No. 252543
   ken.sato@cnc-law.com
4  COGSWELL NAKAZAWA & CHANG, LLP
   444 West Ocean Boulevard, Suite 1250
5  Long Beach, California 90802-8131
   Telephone (562) 951-8668
6  Facsimile: (562) 951-3933

7
   Attorneys for Plaintiffs
8  EVERGREEN MARINE (UK) LIMITED, EVERGREEN MARINE CORP.
   (TAIWAN) LTD., and EVERGREEN MARINE (SINGAPORE) PTE LTD.,
9  all doing business as EVERGREEN LINE

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13
                                        CV 11 5544
14  EVERGREEN MARINE (UK)        ) CASE NO. _____
    LIMITED; EVERGREEN MARINE    )
15  CORP. (TAIWAN) LTD.; and     )
    EVERGREEN MARINE             ) IN ADMIRALTY
16  (SINGAPORE) PTE LTD.;        )
    all doing business as EVERGREEN )
17  LINE,                        ) VERIFIED COMPLAINT IN REM TO
                                 ) ENFORCE MARITIME LIEN
18          Plaintiffs,          ) AGAINST CARGO AND IN
                                 ) PERSONAM FOR MONEY DUE
19      vs.                      ) UNDER OCEAN BILLS OF LADING
                                 ) AND TARIFFS
20  The Cargo in Eleven Shipping )
    Containers and Identified In The )
21  Complaint and In The Ocean Bills Of )
    Lading Attached As Exhibit "A" to )
22  The Complaint, in rem; SITCOM, )
    INC.; PORTFOLIO PRODUCTIONS, )
23  INC., doing business as SITCOM )
    FURNITURE and SITCOM         )
24  FURNITURE AND ACCESSORIES; )
    in personam,                 )
25                               )
            Defendants.          )
26  _____)

27

28

VERIFIED COMPLAINT TO ENFORCE MARITIME LIEN AGAINST CARGO, IN REM, AND IN PERSONAM
FOR MONEY DUE UNDER OCEAN BILLS OF LADING AND TARIFFS

1  COMES NOW, Plaintiffs EVERGREEN MARINE (UK) LIMITED,

2  EVERGREEN MARINE CORP. (TAIWAN) LTD., and EVERGREEN MARINE

3  (SINGAPORE) PTE LTD., all doing business as EVERGREEN LINE

4  (collectively "EVERGREEN"), and for their *in rem* claim for relief against the

5  cargo in eleven shipping containers identified in this Complaint and in Exhibit

6  "A" to this Complaint, and for their *in personam* claim against SITCOM, INC. and

7  PORTFOLIO PRODUCTIONS, INC., doing business as SITCOM FURNITURE

8  and SITCOM FURNITURE AND ACCESSORIES, allege as follows:

9  ## JURISDICTION

10  1.    This is an admiralty action *in rem* to enforce a maritime lien against

11  cargo, and an admiralty action *in personam* for money due under an ocean bills of

12  lading and an ocean carrier's tariffs.  This is a case of admiralty and maritime

13  jurisdiction, as will more fully appear, and is an admiralty and maritime claim

14  within the meaning of Rule 9(h), Federal Rules of Civil Procedure, and Rules C

15  and E of the Supplemental Rules for Admiralty and Maritime Claims.  This Court

16  also has jurisdiction pursuant to 28 U.S.C. Section 1333.

17  ## PARTIES

18  2.    Plaintiff EVERGREEN MARINE (UK) LIMITED is a company

19  organized and existing under the laws of a foreign country and at all material

20  times, was engaged in the business of carrying goods for hire on ocean-going

21  vessels under ocean bills of lading.

22  3.    Plaintiff EVERGREEN MARINE CORP. (TAIWAN) LTD. is a

23  company organized and existing under the laws of a foreign country and at all

24  material times, was engaged in the business of carrying goods for hire on ocean-

25  going vessels under ocean bills of lading.

26  4.    Plaintiff EVERGREEN MARINE (SINGAPORE) PTE LTD. is a

27  company organized and existing under the laws of a foreign country and at all

28

1    material times, was engaged in the business of carrying goods for hire on ocean-
2    going vessels under ocean bills of lading.

3         5.     EVERGREEN MARINE (UK) LIMITED, EVERGREEN MARINE
4    CORP. (TAIWAN) LTD., and EVERGREEN MARINE (SINGAPORE) PTE
5    LTD. are collectively hereinafter referred to as "EVERGREEN".

6         6.     EVERGREEN is informed and believes, and thereupon alleges that
7    Defendants SITCOM, INC. and PORTFOLIO PRODUCTIONS, INC., doing
8    business as SITCOM FURNITURE and SITCOM FURNITURE AND
9    ACCESSORIES, are corporations organized and existing under the laws of
10   California and/or other states, with their principal place of business in Oakland,
11   California. SITCOM, INC., PORTFOLIO PRODUCTIONS, INC., SITCOM
12   FURNITURE, and SITCOM FURNITURE AND ACCESSORIES are hereinafter
13   collectively referred to as "SITCOM". Upon information and belief, SITCOM is,
14   and at all material times was, engaged in the business of designing and selling
15   furniture is and at all material times was, doing business within this district.

16        7.     EVERGREEN is informed and believes, and thereupon alleges that
17   the cargo, more particularly described as furniture and cement products in eleven
18   shipping containers (LTIU8016430, TCNU9892599, EMCU9754061,
19   EMCU9571590, FCIU8440583, EMCU9608386, EISU9007325, FCIU2573207,
20   FCIU8440243, GATU8761089, and GESU5460024) and identified in the ocean
21   bills of lading attached as Exhibit "A" to this Complaint (the "CARGO"), was
22   carried by EVERGREEN on ocean-going vessels from Shanghai and Wuhan,
23   China, and Ho Chi Minh Port, Vietnam to Oakland. EVERGREEN is informed
24   and believes, and thereupon alleges that said CARGO is now or will be during the
25   pendency of this action within the district of this Court.

26        8.     EVERGREEN is informed and believes, and thereupon alleges, that
27   SITCOM is, and at all material times was, the owner of the CARGO, the entity for
28

1   whose account the transportation services were provided, the entity to whom
2   delivery of the CARGO was to be made, and the entity responsible for payment of
3   freight, demurrage and other charges relating to the CARGO.

4          9.      A maritime lien exists against the CARGO for EVERGREEN's
5   claims by operation of law and by the terms of the bills of lading. EVERGREEN
6   is entitled to enforce its maritime lien against the CARGO pursuant to Rules C and
7   E, Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules
8   of Civil Procedure.

9                          **FIRST CAUSE OF ACTION**

10                            (Breach Contracts)

11         10.     Between June - September 2011, EVERGREEN safely carried the
12  CARGO on a vessel from China and Vietnam to Oakland pursuant to the terms
13  and conditions of certain bills of lading. A copy of the front of the bills of lading
14  is attached as Exhibit "A" hereto. SITCOM, as the owner/consignee under the
15  bills of lading, agreed and otherwise became obligated to pay freight, demurrage,
16  and other charges relating to the transportation, storage and handling of the
17  CARGO. The bills of lading also provided that EVERGREEN shall have a lien on
18  the CARGO for all amounts due and payable under the bills of lading.

19         11.     The transportation of the CARGO was also provided pursuant to the
20  terms of a certain Service Contract No. SC43906 between EVERGREEN and
21  SITCOM (the "Service Contract").

22         12.     Upon arrival of the CARGO in Oakland, and after notice of arrival
23  had been provided to SITCOM, SITCOM acknowledged that the CARGO was
24  their cargo but SITCOM was unable to take delivery of the CARGO and to pay
25  outstanding freight, demurrage and other charges that accrued on the CARGO, in
26  breach of the bills of lading.

27         13.     Under the terms of the bills of lading, freight in the amount of $6,560
28

1    and demurrage in the amount of $129,850 were due and payable from SITCOM to
2    EVERGREEN as of November 10, 2011. Demurrage and other charges continue
3    to accrue on the CARGO beyond November 10, 2011.

4         14.    EVERGREEN fully performed all of its obligations under the bills of
5    lading contracts of carriage, the Service Contract, and/or any other agreements
6    relating to the carriage of the CARGO.

7         15.    SITCOM has failed to pay EVERGREEN the amounts due and owing
8    despite repeated demands by EVERGREEN.

9         16.    As a proximate and direct result of SITCOM's breach of the bills of
10   lading, the Service Contract, and/or any other agreements relating to the carriage
11   of the CARGO, EVERGREEN has sustained damages in excess of the amount of
12   $136,410 as of November 10, 2011, plus additional demurrage and other charges
13   that have continued to accrue on the CARGO after November 10, 2011.

14        17.    As a proximate and direct result of SITCOM's breach of the bills of
15   lading, the Service Contract, and/or any other agreements relating to the carriage
16   of the CARGO, EVERGREEN has also incurred and continues to incur attorneys'
17   fees, costs and other expenses to collect the outstanding amounts due from
18   SITCOM. Under the terms of the bills of lading and said agreements,
19   EVERGREEN is entitled to recover its court costs, expenses, reasonable
20   attorneys' fees incurred in collecting the sums due from SITCOM.

21        18.    As a matter of law and as a matter of contract, EVERGREEN is
22   entitled to a maritime lien against the CARGO for the unpaid freight, demurrage
23   and other charges relating to the transportation, storage, and handling of the
24   CARGO. EVERGREEN is further entitled to enforce the maritime lien pursuant
25   to Rules C and E, Supplemental Rules for Certain Admiralty and Maritime Claims,
26   Federal Rules of Civil Procedure.

27   //

28

1 **SECOND CAUSE OF ACTION**

2 (Money Due Under Marine Tariff)

3     19.   EVERGREEN refers to and incorporates by reference as though set

4 forth herein at length its allegations in paragraphs 1 thru 18 hereinabove.

5     20.   EVERGREEN transported the CARGO from Shanghai to Los

6 Angeles at the request of SITCOM between June and September 2011, subject to

7 the rates and charges in its tariffs on file with the Federal Maritime Commission.

8     21.   Despite repeated demands, as of November 10, 2011, tariff

9 compensation was due, owing, and unpaid to EVERGREEN from SITCOM in an

10 amount according to proof. Additional charges continue to accrue in accordance

11 with the terms of the said tariffs, together with attorneys' fees, costs, and expenses

12 incurred in collecting said charges.

13     WHEREFORE, Plaintiff EVERGREEN prays as follows:

14     1.   That process in due form of law according to the practice of this

15 Court may be issued against the Defendants SITCOM and that said Defendants be

16 cited to appear and answer the allegations herein;

17     2.   That judgment be entered in favor of EVERGREEN and against the

18 Defendants SITCOM, and each of them, in an amount exceeding $136,410, in

19 accordance with the terms of the bill of lading, tariffs and/or other agreements

20 applicable to the carriage of the CARGO;

21     3.   That a warrant of arrest be issued pursuant to Supplemental

22 Admiralty Rule C for the arrest of the CARGO identified in this Complaint and in

23 the bills of lading attached as Exhibit "A" hereto, and that all persons claiming or

24 having any interest in said CARGO be cited to appear and answer the matters

25 aforesaid;

26     4.   That the CARGO that is arrested be condemned and sold to satisfy

27 EVERGREEN's claims against the CARGO, together with interest thereon, and

28

1  recoverable costs, attorneys' fees, and expenses of collection, including, without

2  limitation, fees, costs and expenses incurred in arresting the CARGO, maintaining

3  custody of the CARGO, and selling the CARGO;

4    5.    That the Court award EVERGREEN reasonable attorneys' fees, costs

5  and expenses incurred in collecting the unpaid amounts from SITCOM and fees,

6  costs and expenses incurred in arresting, storing, maintaining the CARGO in

7  custodial legis and in selling the CARGO;

8    6.    That the Court award interest on all of the above; and

9    7.    That this Court award such other and further relief it deems just and

10  proper.

11  Dated: November *15*, 2011        COGSWELL NAKAZAWA & CHANG, LLP

12

13                                By:

14                                    Alan Nakazawa
                                    Attorneys for Plaintiff
                                    EVERGREEN MARINE (UK) LIMITED,
15                                  EVERGREEN MARINE CORP.
                                    (TAIWAN) LTD., and EVERGREEN
16                                  MARINE (SINGAPORE) PTE LTD.

17

18

19

20

21

22

23

24

25

26

27

28

VERIFIED COMPLAINT TO ENFORCE MARITIME LIEN AGAINST CARGO, IN REM, AND IN PERSONAM
FOR MONEY DUE UNDER OCEAN BILLS OF LADING AND TARIFFS
- 7 -

# VERIFICATION

I, Daniel Grogg, declare:

I am the National Department Head, Customer Service Division - Traffic Department of EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION ("Evergreen Shipping Agency") in its corporate headquarters in Jersey City, New Jersey. Evergreen Shipping Agency is the United States agent of Plaintiffs EVERGREEN MARINE (UK) LIMITED, EVERGREEN MARINE CORP. (TAIWAN) LTD., and EVERGREEN MARINE (SINGAPORE) PTE LTD., all doing business as EVERGREEN LINE ("EVERGREEN"). I make this verification as agent of EVERGREEN because EVERGREEN does not have an authorized corporate officer present within the district. I am personally familiar with the underlying facts in the Verified Complaint *In Rem* and *In Personam*. The sources of my knowledge, information and belief are the documents Evergreen Shipping Agency retains in the normal course of its business as agent of EVERGREEN regarding the shipments that are subject of the Complaint. As such, I am authorized by EVERGREEN to make this verification on its behalf.

I have read the foregoing Verified Complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I am informed and believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Jersey City, New Jersey, on this _15_ day of November, 2011.

_____
Daniel Grogg

VERIFIED COMPLAINT TO ENFORCE MARITIME LIEN AGAINST CARGO, IN REM, AND IN PERSONAM FOR MONEY DUE UNDER OCEAN BILLS OF LADING AND TARIFFS
- 8 -

EXH. A



# EVERGREEN LINE

A Joint Service Agreement

# BILL OF LADING

| (2) Shipper / Exporter | (5) Document No. |
|---|---|
| ZHEJIANG RONGYE FURNITURE MANUFACTURE CO.,LTD EAST XI INDUSTRIAL PARK TONGLU HANGZHOU, ZHEJIANG | 142151279251 |
| | (6) Export References |
| | A4020110567 |

Shipper code

| (3) Consignee (complete name and address) | (7) Forwarding Agent-References(Name/Address/FMC #) NIL |
|---|---|
| SITCOM FURNITURE AND ACCESSORIES 850 42ND AVE,OKLAND,CALIFORNIA 94601 ATTN:VINCE DARRIGO 510-746-2947 FAX:510-217-5011 OR 510-588-4777 | |

| (4) Notify Party (complete name and address) | (8) Point and Country of Origin (for the Merchant's reference only) |
|---|---|
| USA CARGO LINE 15934HESPERIAN BLVD#159 SAN LORENZO CA 94580 TEL:510-200-9713 FAX:210-200-9714 CHRISTINE@USXU.COM | (9) Also Notify Party (complete name and address) |
| | SITCOM FURNITURE AND ACCESSORIES 850 42ND AVE.OKLAND,CALIFORNIA 94601 ATTN:VINCE DARRIGO 510-746-2947 |

Notify code

| (12) Pre-carriage by | (13) Place of Receipt/Date |
|---|---|
| | SHANGHAI |

| (14) Ocean Vessel/Voy. No. | (15) Port of Loading | (10)Onward Inland Routing/Export Instructions (for the Merchant's reference only) |
|---|---|---|
| XIN MEI ZHOU 0052E | SHANGHAI | |

| (16) Port of Discharge | (17) Place of Delivery |
|---|---|
| OAKLAND, CA | OAKLAND, CA |

## Particulars furnished by the Merchant

| (18) Container No. And Seal No. Marks & Nos. | (19) Quantity And Kind of Packages | (20) Description of Goods | (21) Measurement (M³) Gross Weight (KGS) |
|---|---|---|---|
| CONTAINER NO./SEAL NO. LTIU8016430/ EMCAWL3420/ TCNU9892599/ EMCAWL3400/ N/M | | SOFA PO#RON.13&RON.14 THE PRODUCTS AND PACKAGING IS PHASE 1 COMPLIANT WITH THE CALIFORNIA FORMALDEHYDE EMISSION STANDARDS AS REQUIRED UNDER CARB REQUIREMENT 93120.2(A) THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS CONTRACT NO.SC43906 | 7,000.000 KGS 136.0000 CBM "OCEAN FREIGHT COLLECT" SHIPPER'S LOAD & COUNT 240 PACKAGES |

| (22) TOTAL NUMBER OF CONTAINERS OR PACKAGES (IN WORDS) | SAY TOTAL: 2 X 40H ONLY | | |
|---|---|---|---|

| (24) FREIGHT & CHARGES | Revenue Tons | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|

| (25) B/L NO. | (27) Number of Original B(s)/L | (29) Prepaid at | (30) Collect at |
|---|---|---|---|
| EGLV 142151279251 | THREE (3) | | DESTINATION |
| | (28) Place of B(s)/L Issue/Date | (31) Exchange Rate | (32) Exchange Rate |
| | SHANGHAI JUN.17,2011 | | |

| (26) Service Type/Mode | (33) Laden on Board | | |
|---|---|---|---|
| FCL/FCL O/O | JUN.17,2011 XIN MEI ZHOU 0052E SHANGHAI | As agent for the Carrier and the vessel Provider Evergreen Marine Corp. (Taiwan) Ltd. | |
| FORM NO. DOC-I-005-01 | | By | |

EXHIBIT A-9

# EVERGREEN LINE
A Joint Service Agreement

## BILL OF LADING

| | |
|---|---|
| **(2) Shipper / Exporter**<br>ZHEJIANG RONGYE FURNITURE<br>MANUFACTURE CO.,LTD EAST XI<br>INDUSTRIAL PARK TONGLU<br>HANGZHOU, ZHEJIANG | **(5) Document No.**<br>142151279367<br>**(6) Export References**<br>A4020110570 |
| Shipper code | |
| **(3) Consignee (complete name and address)**<br>SITCOM FUTNITURE AND<br>ACCESSORIES 850 42ND AVE,<br>OAKLAND,CALIFORNIA 94601<br>ATTN:VINCE DARRIGO 510-746-2947<br>FAX:510-217-5011 OR 510-588-4777 | **(7) Forwarding Agent-References(Name/Address/FMC #)** NIL |
| **(4) Notify Party (complete name and address)**<br>USA CARGO LINE<br>15934 HESPERIAN BLVD#159<br>SAN LORENZO CA 94580<br>TEL:510-200-9713 FAX:510-200-9714<br>CHRISTINE@USXU.COM | **(8) Point and Country of Origin (for the Merchant's reference only)** |
| | **(9) Also Notify Party (complete name and address)**<br>SITCOM FUTNITURE AND<br>ACCESSORIES 850 42ND AVE,<br>OAKLAND,CALIFORNIA 94601<br>ATTN:VINCE DARRIGO 510-746-2947<br>FAX:510-217-5011 OR 510-588-4777 |
| Notify code | |
| **(12) Pre-carriage by** | **(13) Place of Receipt/Date** SHANGHAI | |
| **(14) Ocean Vessel/Voy. No.** XIN OU ZHOU 0058E | **(15) Port of Loading** SHANGHAI | **(16) Onward Inland Routing/Export Instructions (for the Merchant's reference only)** |
| **(16) Port of Discharge** OAKLAND, CA | **(17) Place of Delivery** OAKLAND, CA | |

Particulars furnished by the Merchant

| (18) Container No. And Seal No. Marks & Nos. | (19) Quantity And Kind of Packages | (20) Description of Goods | (21) Measurement (M³) Gross Weight (KGS) |
|---|---|---|---|
| CONTAINER NO./SEAL NO.<br>EMCU9754061/<br>EMCDKZ6410/<br><br>N/M | | SOFA<br>PO#RON.13<br>THE PRODUCTS AND PACKAGING IS<br>PHASE 1 COMPLIANT WITH THE<br>CALIFORNIA FORMALDEHYDE EMISSION<br>STANDARDS AS REQUIRED UNDER CARB<br>REQUIREMENT 93120.2(A)<br>THIS SHIPMENT CONTAINS NO SOLID<br>WOOD PACKING MATERIALS<br>CONTRACT NO.SO43386 | 3,500.000 KGS<br>68.0000 CBM<br><br>"OCEAN FREIGHT COLLECT"<br>SHIPPER'S LOAD & COUNT<br>120 PACKAGES |
| **(22) TOTAL NUMBER OF CONTAINERS OR PACKAGES (IN WORDS)** | SAY TOTAL: | 1 X 40H ONLY | |

| (24) FREIGHT & CHARGES | Revenue Tons | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| | | | |
|---|---|---|---|
| **(25) B/L NO.**<br>EGLV<br>142151279367 | **(27) Number of Original B(s)/L**<br>THREE (3)<br>**(28) Place of B(s)/L issue/Date**<br>SHANGHAI JUN.25,2011 | **(29) Prepaid at** | **(30) Collect at**<br>DESTINATION |
| **(26) Service Type/Mode**<br>FCL/FCL O/O | **(33) Laden on Board**<br>JUN.25,2011<br>XIN OU ZHOU 0058E<br>SHANGHAI | **(31) Exchange Rate**<br>As agent for the Carrier... doing business as "Evergreen Line"<br>By | **(32) Exchange Rate** |

FORM NO. DOC-I-005-01

NON-NEGOTIABLE

A-10

# EVERGREEN LINE
## BILL OF LADING
A Joint Service Agreement

| | |
|---|---|
| **(2) Shipper / Exporter**<br>XUAN LIFESTYLE SDN BHD<br>BHD13-2,JALAN KP 1/1,KANANG PRIMA<br>43000 KAJANG,SELANGOR DARULEHSAN<br>MALAYSIA<br><br>Shipper code | **(5) Document No.**<br>152120133546<br><br>**(6) Export References** |
| **(3) Consignee (complete name and address)**<br>SITCOM FURNITURE AND ACCESSORIES<br>850 42ND AVE. OAKLAND,CALIFORNIA<br>94601<br>ATTN: VINCE DARRIGO 510-746-2947<br>FAX: 510-217-5011 OR 510-588-4777 | **(7) Forwarding Agent-References(Name/Address/FMC #) NIL** |
| **(4) Notify Party (complete name and address)**<br>SITCOM FURNITURE AND ACCESSORIES<br>850 42ND AVE. OAKLAND,CALIFORNIA<br>94601<br>ATTN: VINCE DARRIGO 510- 746-2947<br>FAX: 510-217-5011 OR 510-588-4777<br><br>Notify code | **(8) Point and Country of Origin (for the Merchant s reference only)** |
| | **(9) Also Notify Party (complete name and address)**<br>USA CARGO LINE<br>15934 HESPERIAN BLVD. # 159 SAN<br>LORENZO CA 94580<br>TEL - 510-200-9713<br>FAX - 510-200-9714<br>CHRISTINE@USXU.COM |
| **(12) Pre-carriage by**<br>HUAI AN YONG SHUN A032 | **(13) Place of Receipt/Date**<br>WUHAN | |
| **(14) Ocean Vessel/Voy. No.**<br>XIN DA YANG ZHOU 0039E | **(15) Port of Loading**<br>WUHAN | **(10)Onward Inland Routing/Export Instructions (for the Merchant s reference only)** |
| **(16) Port of Discharge**<br>OAKLAND, CA | **(17) Place of Delivery**<br>OAKLAND, CA | |

**Particulars furnished by the Merchant**

| (18) Container No. And Seal No. Marks & Nos. | (19) Quantity And Kind of Packages | (20) Description of Goods | (21) Measurement (M³) Gross Weight (KGS) |
|---|---|---|---|
| CONTAINER NO./SEAL NO.<br>EMCU9571590/<br>EMCATG0470/<br>FCIU8440583/<br>EMCATG0460/<br><br>N/M | | FURNITURE<br>OK.1972 PAIGE OTTOMAN WITH TURN SHELF<br><br><br><br>"OCEAN FREIGHT COLLECT"<br>SHIPPER'S LOAD & COUNT<br>240 CARTONS | 7,080.000 KGS<br>140.0000 CBM |
| **(22) TOTAL NUMBER OF CONTAINERS OR PACKAGES (IN WORDS)** | SAY TOTAL: 2 X 40H ONLY | | |

| (24) FREIGHT & CHARGES | Revenue Tons | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| | | | | |
|---|---|---|---|---|
| **(25) B/L NO.**<br>EGLV<br>152120133546 | **(27) Number of Original B(s)L**<br>THREE (3) | | **(29) Prepaid at** | **(30) Collect at**<br>DESTINATION |
| | **(28) Place of B(s)/L Issue/Date**<br>WUHAN, HUBEI JUN.28,2011 | | **(31) Exchange Rate** | **(32) Exchange Rate** |
| **(26) Service Type/Mode**<br>FCL/FCL O/O | **(33) Laden on Board**<br>JUN.28,2011<br>HUAI AN YONG SHUN A032<br>WUHAN, HUBEI | By | | |

FORM NO. DOC-I-005-01

A-11

NON-NEGOTIABLE NON-NEGOTIABLE NON-COPY



# EVERGREEN LINE
A Joint Service Agreement

# BILL OF LADING

| (2) Shipper / Exporter | (5) Document No. |
|---|---|
| ZHEJIANG HUZHOU MEILINBAO FURNITURE CO.,LTD YITA BRIDGE XUNLIAN ROAD,NANXUN INDUSTRIAL ZONE NANXUN TOWN,HUZHOU CITY,ZHEJIANG 313009,CHINA | 142151285782 |
| | (6) Export References |
| | A4020110699 |

Shipper code

| (3) Consignee (complete name and address) | (7) Forwarding Agent-References(Name/Address/FMC #) NIL |
|---|---|
| PORTFOLIO PRODUCTIONS DBA SITCOM FURNITURE 850 42ND AVENUE OAKLAND,CA 94601 PHONE:510-434-1600 FAX:510-434-1601 510-217-5011 510-588-4777 EMAIL:BHIM@SITCOMFURNITURE.NET | |

| (4) Notify Party (complete name and address) | (8) Point and Country of Origin (for the Merchant's reference only) |
|---|---|
| JOHNSON LEE USA CARGO LINE 15934 HESPERIAN BLVD#159 SAN LORENZO CA 94580 NEW TEL:510-200-9713 NEW FAX:510-200-9714 | |
| | (9) Also Notify Party (complete name and address) |
| | SITCOM 850 42ND AVE OAKLAND CALIFORNIA 94601 ATTN:JACKIE ALVES TEL:510-746-2913 FAX:510-217-5011 OR 510-588-4777 EMAIL:JALVES@SITCOMFURNITURE.NET |

Notify code

| (12) Pre-carriage by | (13) Place of Receipt/Date SHANGHAI | |
|---|---|---|

| (14) Ocean Vessel/Voy.No. XIN FEI ZHOU 0052E | (15) Port of Loading SHANGHAI | (10)Onward Inland Routing/Export Instructions (for the Merchant's reference only) SHIP TO: METROPOLITAN WAREHOUSE ATTN:QIANA MONROE** |
|---|---|---|
| (16) Port of Discharge OAKLAND, CA | (17) Place of Delivery OAKLAND, CA | |

Particulars furnished by the Merchant

| (18) Container No. And Seal No. Marks & Nos. | (19) Quantity And Kind of Packages | (20) Description of Goods | (21) Measurement (M³) Gross Weight (KGS) |
|---|---|---|---|
| CONTAINER NO./SEAL NO. EMCU9608386/ EMCDKS4590/  N/M | | SOFA BED PO#DC.2505 DIRECT PO# 100268778 THE FABRICATOR CERTIFIES THE MATERIALS USED IN THIS PRODUCT WHICH MEETS THE APPLICABLE EMISSION STANDARDS NECESSARY TO FULFILL PHASE 1 OF CARB  THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS **2565 BRUNSWICK AVENUE LINDEN, NJ 07036-US PHONE:(800)300-7417 ON MERCHANT'S ACCOUNT & RISK | 3,500.000 KGS 68.0000 CBM  "OCEAN FREIGHT COLLECT" SHIPPER'S LOAD & COUNT 84 PACKAGES |
| (22) TOTAL NUMBER OF CONTAINERS OR PACKAGES (IN WORDS) | SAY TOTAL: | 1 X 40H ONLY | |

| (24) FREIGHT & CHARGES | Revenue Tons | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| (25) B/L NO. EGLV 142151285782 | (27) Number of Original B(s)/L THREE (3) | (29) Prepaid at | (30) Collect at DESTINATION |
|---|---|---|---|
| | (28) Place of B(s)/L Issue/Date SHANGHAI AUG.05,2011 | (31) Exchange Rate | (32) Exchange Rate |
| (26) Service Type/Mode FCL/FCL O/O | (33) Laden on Board AUG.05,2011 XIN FEI ZHOU 0052E SHANGHAI | As agent for the Carrier and the Vessel Provider, Evergreen Marine Corp.(Taiwan) Ltd. | |
| FORM NO. DOC-I-005-01 | | By | |

COPY NON-NEGOTIABLE

A-12

11/10/2011 11:42 FAX 2017613015     EVERGREEN_EXP_TFC     ☑005/005



# EVERGREEN LINE
## A Joint Service Agreement

# BILL OF LADING

| | |
|---|---|
| (2) Shipper / Exporter<br>XUAN LIFESTYLE SDN BHD<br>BHD13-2, JALAN KP 1/1, KANANG<br>PRIMA<br>43000 KAJANG, SELANGOR DARULEHSAN<br>MALAYSIA      Shipper code | (5) Document No.<br>152120050357<br>(6) Export References |
| (3) Consignee (complete name and address)<br>SITCOM FURNITURE AND ACCESSORIES<br>850 42ND AVE. OAKLAND, CALIFORNIA<br>94601<br>ATTN: VINCE DARRIGO  510- 746-2947<br>FAX: 510-217-5011 OR 510-588-4777 | (7) Forwarding Agent-References(Name/Address/FMC #) NIL |
| (4) Notify Party (complete name and address)<br>SITCOM FURNITURE AND ACCESSORIES<br>850  42ND AVE. OAKLAND, CALOFORNIA<br>94601<br>ATTN: VINCE DARRIGO 510-746-2947<br>FAX: 510-217-5011 OR 510-588-4777     Notify code | (8) Point and Country of Origin (for the Merchant s reference only)<br><br>(9) Also Notify Party (complete name and address)<br>USA CARGO LINE<br>15934 HESPERIAN BI. VD#159 SAN<br>LORENZO CA 94580<br>TEL-510-200-9713   FAX-510-200-9714<br>CHRISTINE@USXU.COM |
| (12) Pre-carriage by<br>CHANG HANG JI YUN 8202<br>1130E | (13) Place of Receipt/Date<br>WUHAN | |
| (14) Ocean Vessel/Voy. No.<br>CSCL AMERICA 0075E | (15) Port of Loading<br>WUHAN | (10) Onward Inland Routing/Export Instructions (for the Merchant s reference only) |
| (16) Port of Discharge<br>OAKLAND, CA | (17) Place of Delivery<br>OAKLAND, CA | |

Particulars furnished by the Merchant

| (18) Container No. And Seal No.<br>Marks & Nos. | (19) Quantity And<br>Kind of Packages | (20) Description of Goods | (21) Measurement (M³)<br>Gross Weight (KGS) |
|---|---|---|---|
| CONTAINER NO/SEAL NO<br>EISU9007325/<br>EMCCYP8170/<br><br>N/M | | FURNITURE<br>OK.2024  VINTAGE BAR STOOL | 4,590.000 KGS<br>70.0000 CBM<br><br><br>"OCEAN FREIGHT COLLECT"<br>SHIPPER'S LOAD & COUNT<br>510 CARTONS |
| (22) TOTAL NUMBER OF<br>CONTAINERS OR PACKAGES<br>(IN WORDS) | SAY TOTAL:    1 X 40H ONLY | | |

| (24) FREIGHT & CHARGES | Revenue Tons | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| (25) B/L NO.<br>EGLV<br>152120050357 | (27) Number of Original B(s)/L<br>THREE  (3)<br>(28) Place of B(s)/L Issue/Date<br>WUHAN, HUBEI AUG.16, 2011 | | (29) Prepaid at | (30) Collect at<br>DESTINATION |
| | | | | (31) Exchange Rate | (32) Exchange Rate |
| (26) Service Type/Mode<br>FCL/FCL O/O | (33) Laden on Board<br>AUG.16, 2011<br>CHANG HANG JI YUN 8202<br>1130E<br>WUHAN, HUBEI | As agent for the Carrier ... Green ... Evergreen Marine Corp (Taiwan) Ltd. | | |
| FORM NO. DOC-I-005-01 | | By | | |

A-13

NON-NEGOTIABLE NON-NEGOTIABLE COPY



# EVERGREEN LINE

A Joint Service Agreement

# BILL OF LADING

| (2) Shipper / Exporter<br>THE SAIGON POTTERY CO.,<br>HOA LAN, THUAN GIAO, THUAN AN,<br>BINH DUONG, VIETNAM.<br>TEL/FAX: 08-35142723 | (5) Document No.<br>235100250578 |
|---|---|
| | (6) Export References |

Shipper code

| (3) Consignee (complete name and address)<br>SITCOM FURNITURE AND ACCESSORIES<br>850 42ND AVE.<br>OAKLAND CALIFORNIA 94601<br>ATTN : BOBBY HIM<br>FAX: 510-217-5011 OR 510-588-4777 | (7) Forwarding Agent-References (Name/Address/FMC #) NIL<br>THE SAIGON POTTERY CO.,LTD. |
|---|---|

| (4) Notify Party (complete name and address)<br>SITCOM FURNITURE AND ACCESSORIES<br>850 42ND AVE.<br>OAKLAND CALIFORNIA 94601<br>ATTN : BOBBY HIM<br>FAX: 510-217-5011 OR 510-588-4777 | (8) Point and Country of Origin (for the Merchant s reference only)<br><br>(9) Also Notify Party (complete name and address)<br>USA CARGO LINE<br>15934 HESPERIAN BLVD. # 159<br>SAN LORENZO CA 94580<br>TEL: 510-200-9713<br>FAX: 510-200-9714 |
|---|---|

Notify code

| (12) Pre-carriage by<br>WAN HAI 207 N290 | (13) Place of Receipt/Date<br>HO CHI MINH PORT,<br>VIETNAM | (10)Onward Inland Routing/Export Instructions (for the Merchant s reference only) |
|---|---|---|
| (14) Ocean Vessel/Voy. No.<br>EVER EXCEL 0577-087E | (15) Port of Loading<br>HO CHI MINH PORT,<br>VIETNAM | |
| (16) Port of Discharge<br>OAKLAND, CA, USA | (17) Place of Delivery<br>OAKLAND, CA, USA | |

Particulars furnished by the Merchant

| (18) Container No. And Seal No.<br>Marks & Nos. | (19) Quantity And<br>Kind of Packages | (20) Description of Goods | (21) Measurement (M³)<br>Gross Weight (KGS) |
|---|---|---|---|
| CONTAINER NO./SEAL NO.<br>FCIU2573207/<br>EMCBRN4400/<br><br>NO MARK | | CEMENT PRODUCTS<br>PO#: OK.1982<br>13 PALLET (84 SETS) | 3,542.000 KGS<br>22.8300 CBM<br><br><br>"OCEAN FREIGHT COLLECT"<br>SHIPPER'S LOAD & COUNT<br>13 PACKAGES |
| (22) TOTAL NUMBER OF<br>CONTAINERS OR PACKAGES<br>(IN WORDS) | SAY TOTAL: | 1 X 20' ONLY | |

| (24) FREIGHT & CHARGES | Revenue Tons | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| (25) B/L NO.<br>EGLV<br>235100250578 | (27) Number of Original B(s)/L<br>THREE (3) | (29) Prepaid at | (30) Collect at<br>DESTINATION |
|---|---|---|---|
| | (28) Place of B(s)/L Issue/Date<br>HO CHI MINH AUG.09,2011 | (31) Exchange Rate | (32) Exchange Rate |

| (26) Service Type/Mode<br>FCL/FCL O/O | (33) Laden on Board<br>AUG.09,2011<br>WAN HAI 207 N290<br>HO CHI MINH | EVERGREEN SHIPPING AGENCY (VIETNAM) CORPORATION<br>As Agent for the Carrier and the Panyu Evergreen Marine (UK) Limited<br>doing business as "Evergreen Line"<br>By |
|---|---|---|

FORM NO. DOC-I-005-01

A-14



# EVERGREEN LINE
A Joint Service Agreement

## SEA WAYBILL
### NON-NEGOTIABLE

| (2) Shipper / Exporter | (5) Document No. |
|---|---|
| MORI SHIGE CO., LTD<br>DT744 ST., AN TAY WARD,BEN CAT DIST<br>BINH DUONG PROVINCE,VIETNAM<br>TEL: 0650 3580 280<br>FAX: 0650 3580 282<br>*Shipper code* | 235100256185 |
| | (6) Export References |

| (3) Consignee (complete name and address) | (7) Forwarding Agent-References(Name/Address/FMC #) NIL |
|---|---|
| SITCOM FURNITURE & ACCESSORIES<br>850 42ND AVE.<br>OAKLAND CALIFORNIA 94601<br>ATTN: BOBBY HIM<br>TEL: 510-434-1600<br>FAX: 510-217-5011 OR 510-588-4777 | |

| (4) Notify Party (complete name and address) | (8) Point and Country of Origin (for the Merchant's reference only) |
|---|---|
| USA CARGO LINE<br>15934 HESPERIAN BLVD. # 159<br>SAN LORENZO CA 94580<br>TEL: 510-200-9713<br>FAX: 510-200-9714 ATTN: JOHNSON<br>*Notify code* | |
| | (9) Also Notify Party (complete name and address)<br>SITCOM FURNITURE & ACCESSORIES<br>850 42ND AVE.<br>OAKLAND CALIFORNIA 94601<br>ATTN: BOBBY HIM<br>TEL: 510-434-1600<br>FAX: 510-217-5011 OR 510-588-4777 |

| (12) Pre-carriage by<br>EVER PEACE 0974-158N | (13) Place of Receipt/Date<br>HO CHI MINH | This Sea Waybill is issued at the request and for the convenience of the Merchant, but is nevertheless subject to the terms and conditions of the Carrier's standard long form Bill of Lading for this trade which may be viewed online at (http://www.evergreen-line.com) or a copy obtained from the Carrier or its agents. |
|---|---|---|
| (14) Ocean Vessel/Voy.No.<br>EVER CHARMING 0685-043E | (15) Port of Loading<br>HO CHI MINH | (10)Onward Inland Routing/Export Instructions (for the Merchant's reference only) |
| (16) Port of Discharge<br>OAKLAND, CA | (17) Place of Delivery<br>OAKLAND, CA | |

| Particulars furnished by the Merchant |||||
|---|---|---|---|---|
| (18) Container No. And Seal No.<br>Marks & No.s | (19) Quantity And<br>Kind of Packages | (20) Description of Goods || (21) Measurement (M³)<br>Gross Weight (KGS) |
| CONTAINER NO./SEAL NO.<br>EISU9099825/<br>EMCBRN4570/<br>EMCU9354126/<br>EMCBQL0930/<br>FCIU8440243/<br>EMCBRN4730/<br>GATU8761089/<br>EMCBQL0940/<br>GESU5460024/<br>EMCBRN3250/<br><br>NO MARK | | WOODEN FURNITURE ( BED ROOM SETS)<br>P/O NO.OK.1874<br>SHIPPER DECLARES THAT<br>" THIS SHIPMENT CONTAINS NO SOLID<br>WOOD PACKING MATERIAL " || 38,351.250 KGS<br>329.9100 CBM<br><br>"OCEAN FREIGHT COLLECT"<br>SHIPPER'S LOAD & COUNT<br>942 CARTONS |
| (22) TOTAL NUMBER OF<br>CONTAINERS OR PACKAGES<br>(IN WORDS) | SAY TOTAL: 5 X 40H ONLY || | (23)<br>Declared Value $<br>If Merchant enters actual value of Goods and pays the applicable ad valorem tariff rate, Carrier's package limitation shall not apply. |

| (24) FREIGHT & CHARGES | Revenue Tons | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| (25) Waybill No.<br>EGLV<br>235100256185 | (27) Number of Original Waybills<br>NIL (0) | (29) Prepaid at | (30) Collect at<br>DESTINATION |
|---|---|---|---|
| | (28) Place and Date of Issue<br>HO CHI MINH AUG.19,2011 | (31) Exchange Rate | (32) Exchange Rate |

| (26) Service Type/Mode<br>FCL/FCL O/O | (33) Laden on Board<br>AUG.19,2011<br>EVER PEACE 0974-158N<br>HO CHI MINH | EVERGREEN SHIPPING AGENCY (VIETNAM) CORPORATION<br>As Agent for the Carrier and the Panama Province) Evergreen Marine (Singapore) Pte Ltd,<br>doing business as "Evergreen Line"<br>By |
|---|---|---|

FORM NO. DOC-I-006-01

A-15