Alan Nakazawa, State Bar No. 84670
alan.nakazawa@cnc-law.com
Dena S. Aghabeg, State Bar No. 185311
daghabeg@cnc-law.com
Ken D. Sato, State Bar No. 252543
ken.sato@cnc-law.com
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1250
Long Beach, California  90802-8131
Telephone (562) 951-8668
Facsimile: (562) 951-3933

Attorneys for Plaintiffs
EVERGREEN MARINE (UK) LIMITED, EVERGREEN MARINE CORP. (TAIWAN) LTD., and EVERGREEN MARINE (SINGAPORE) PTE LTD., all doing business as EVERGREEN LINE

*APPROVED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERGREEN MARINE (UK) LIMITED; EVERGREEN MARINE CORP. (TAIWAN) LTD.; and EVERGREEN MARINE (SINGAPORE) PTE LTD.; all doing business as EVERGREEN LINE, <br><br> Plaintiffs, <br><br> vs. <br><br> The Cargo in Eleven Shipping Containers and Identified In The Complaint and In The Ocean Bills Of Lading Attached As Exhibit "A" to The Complaint, in rem; SITCOM, INC.; PORTFOLIO PRODUCTIONS, INC., doing business as SITCOM FURNITURE and SITCOM FURNITURE AND ACCESSORIES; in personam, <br><br> Defendants. | CASE NO.: C 11-05544 JW <br><br> NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiffs EVERGREEN MARINE (UK) LIMITED; EVERGREEN MARINE CORP. (TAIWAN) LTD.; and EVERGREEN MARINE (SINGAPORE) PTE LTD.; all doing business as EVERGREEN LINE hereby voluntarily dismiss the above-entitled action without prejudice. Defendants have not appeared, answered or filed a motion for summary judgment in this action.

Dated: January 19, 2012   Respectfully submitted,


By s/Alan Nakazawa
Alan Nakazawa
COGSWELL NAKAZAWA & CHANG, LLP
Attorneys for Plaintiffs
EVERGREEN MARINE (UK) LIMITED;
EVERGREEN MARINE CORP. (TAIWAN) LTD.; and EVERGREEN MARINE (SINGAPORE) PTE LTD.; all doing business as EVERGREEN LINE